Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGY ENTERPRISES USA INC.; CANOPY ENERGY CALIFORNIA.; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants | Case No.<br>**3:18-cv-04439-SK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ENERGY ENTERPRISES USA INC AND CANOPY ENERGY CALIFORNIA,. ONLY WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendants ENERGY ENTERPRISES USA INC AND CANOPY ENERGY CALIFORNIA without prejudice. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 26th Day of October, 2018.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

Notice of Dismissal - 1

## CERTIFICATE OF SERVICE

Filed electronically on October 26 2018, with:

United States District Court CM/ECF system

Notification sent electronically on October 26 2018, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
   Todd M. Friedman